KAI PETERS (SBN: 198516)
kpeters@grsm.com
ARTHUR D. WELTON (SBN: 294259)
awelton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3179
Facsimile: (415) 986-8054

Attorneys for Defendant
CHOICE HOTELS INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., an individual<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VAGABOND INN CORPORATION; CHOICE HOTELS INTERNATIONAL,; WYNDHAM HOTELS AND RESORTS, INC. AND G6 HOSPITALITY LLC<br><br>　　　　　Defendants. | CASE NO. 8:21-CV-00955<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CHOICE HOTELS INTERNATIONAL, INC., TO ANSWER OR RESPOND TO COMPLAINT** |

## STIPULATION

Pursuant to Rules 6(b)(1) and 12 of the Federal Rules of Civil Procedure and Local Rule 7-1 of the Central District of California Civil Local Rules, Plaintiff S.G. ("Plaintiff"), and defendant Choice Hotels International, Inc. ("Choice Hotels"), by and through their respective counsel, hereby stipulate as follows:

1. On May 27, 2021, Plaintiff filed her Complaint in the United States District Court, Central District of California, Case No. 8:21-cv-00955-JLS-KES, against, amongst others, defendant Choice Hotels.

2. Counsel for Plaintiffs and Choice Hotels have met and conferred and agreed to grant Choice Hotels an extension of time to and including August 23, 2021 to answer or otherwise respond to the Complaint in exchange for Counsel for Choice Hotels accepting service of the Summons and Complaint and any other documents required to be served under local rules and the Federal Rules of Civil Procedure (the "Complaint").

3. There has been no prior extension of time to respond to the Complaint.

4. The extension of time will not alter the date of any event or any deadline already fixed by the Court.

5. Therefore, Plaintiff and Choice Hotels stipulate and agree that (1) Counsel for Choice Hotels will accept service of the Complaint; and (2) that the deadline for Choice Hotels to answer or otherwise respond to the Complaint is extended to August 23, 2021.

IT IS SO STIPULATED.

Dated: June 23, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Kai Peters*
Kai Peters
Arthur D. Welton
Attorneys for Defendant
CHOICE HOTELS INTERNATIONAL, INC.)

Dated: June 23, 2021

MORGAN & MORGAN COMPLEX LITIGATION GROUP

By: */s/ Marie N. Appel*
Marie N. Appel
Alan J. Borowsky (Pro Hac Vice Admission Forthcoming)
Attorneys for Plaintiff
S.G.

## **ATTESTATION**

In accordance with Civ. L.R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: June 23, 2021

|  |  |
|---|---|
| By: | */s/* Kai Peters |
|  | Kai Peters |

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1240432/59257363v.1

-3-
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CHOICE HOTELS INTERNATIONAL, INC., TO ANSWER OR RESPOND TO COMPLAINT