Marie N. Appel, Esquire (SBN 187483)
mappel@forthepeople.com
**MORGAN & MORGAN**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Jonathan M. Sedgh, Esquire (SBN #4557260)
(*admitted Pro Hac Vice*)
jsedgh@forthepeople.com
**MORGAN & MORGAN**
350 5th Avenue, Suite 6705
New York, NY 10118
Telephone: (212) 738-6839
*Attorneys for Plaintiff, S.G.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| S.G., an individual,<br><br>          Plaintiff<br><br>          v.<br><br>VAGABOND INN CORPORATION; CHOICE HOTELS INTERNATIONAL, INC.; WYNDHAM HOTELS AND RESORTS, INC.<br><br>          Defendants. | Case No.: 8:21-cv-00955-SSS-KESx<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Judge: Honorable Sunshine S. Sykes<br>United States District Judge |

IT IS HEREBY STIPULATED, subject to the Court's approval, by and between Plaintiff S.G. and Defendant Choice Hotels International, Inc., through their counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims

against Defendant Choice Hotels International, Inc., ONLY are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

IT IS SO STIPULATED AND AGREED.

Dated: May 9, 2025

Respectfully Submitted,

**MORGAN & MORGAN**

By:   */s/ Jonathan M. Sedgh*
Jonathan M. Sedgh, Esquire (SBN #4557260)
(*admitted Pro Hac Vice*)
jsedgh@forthepeople.com
350 5th Avenue, Suite 6705
New York, NY 10118
Telephone: (212) 738-6839

Marie N. Appel, Esquire (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
*Attorneys for Plaintiff, S.G.*

By:  */s/ Sara M. Turner*
Sara M. Turner, Esquire
smturner@bakerdonelson.com
Baker Donelson Bearman Caldwell and Berkowitz
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
Telephone: (205) 250-8316
Facsimile: (205) 322-8007
*Attorney for Defendant*
*Choice Hotels International, Inc.*

STIPULATION FOR DISMISSAL OF DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.
CASE NO. 8:21-CV-000955-SSS-KESx

2

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Jonathan M. Sedgh, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5- 4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.


/s/ Jonathan M. Sedgh
Jonathan M. Sedgh


**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record.


/s/ Jonathan M. Sedgh
Jonathan M. Sedgh