Jonathan M. Sedgh, Esquire (SBN #4557260)
(*admitted Pro Hac Vice*)
jsedgh@forthepeople.com
**MORGAN & MORGAN**
350 5th Avenue, Suite 6705
New York, NY 10118
Telephone: (212) 738-6839
*Attorneys for Plaintiff, S.G*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| S.G., an individual, | Case No.: 8:21-cv-00955-SSS-KESx |
| Plaintiff, | Honorable Sunshine S. Sykes |
| v. | |
| VAGABOND INN CORPORATION; CHOICE HOTELS INTERNATIONAL, INC.; WYNDHAM HOTELS AND RESORTS, INC. | **NOTICE OF SETTLEMENT** |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Pursuant to L.R. 16-15.7, PLEASE TAKE NOTICE that the parties have reached a settlement in principle of this action. Because the parties are still in the process of finalizing and executing the longform agreements, Plaintiff anticipates the filing of a dismissal of this action, with prejudice, within 20 days. Accordingly, Plaintiff respectfully requests that the Court take all dates off calendar and retain jurisdiction for the purpose of enforcing the fully executed written settlement agreement between the parties.

Dated: August 25, 2025            Respectfully Submitted,

**MORGAN & MORGAN**

By:    _/s/ Jonathan M. Sedgh_
Jonathan M. Sedgh, Esquire (SBN #4557260)
(*admitted Pro Hac Vice*)
jsedgh@forthepeople.com
350 5th Avenue, Suite 6705
New York, NY 10118
Telephone: (212) 738-6839

Marie N. Appel, Esquire (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293
*Attorneys for Plaintiff, S.G*

Dated: August 25, 2025            **DLA PIPER LLP (US)**

By:  _/s/ Melissa A. Reinckens_
Melissa A. Reinckens (SBN 314657)
melissa.reinckens@us.dlapiper.com
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
T. 619.699.2798 / F. 619.764.6624

2

David S. Sager *(Pro Hac Vice)*
david.sager@dlapiper.com
DLA PIPER LLP (US)
51 John F. Kennedy Pkwy, Suite 120
Short Hills, New Jersey 07078
T. 973.520.2570 / F. 973.215.2604

Oscar M. Orozco-Botello (SBN 313104)
oscar.orozco-botello@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067
T. 310.595.3000 / F. 310.595.3300

*Attorneys for Defendant*
*Wyndham Hotels & Resorts, Inc.,*

NOTICE OF SETTLEMENT
CASE NO. 8:23-CV-01554-JVS (JDEx)

## ATTESTATION

In accordance with Civ. L.R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

/s/ Jonathan M. Sedgh
Jonathan M. Sedgh

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record.

/s/ Jonathan M. Sedgh
Jonathan M. Sedgh

NOTICE OF SETTLEMENT
CASE NO. 8:23-CV-01554-JVS (JDEx)